Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

FILED'06 SEP 27 09 29Usbc-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MICHAEL B. GIBBONS,**

               Plaintiff,

   vs.

**JO ANNE B. BARNHART**,
Commissioner of Social Security
Administration,

            Defendant.

Civil No. 05-6285-HO

**ORDER FOR ATTORNEY FEES
PURSUANT TO EAJA**

After considering the Stipulated Motion for Entry submitted by the parties herein, Order is hereby granted in the sum of $4757.41 as full settlement of all claims for fees under EAJA, which Commissioner shall pay to Plaintiff's attorney.  There are no other costs.

IT IS SO ORDERED this day of September _26_ 2006

U.S. District Judge

PRESENTED BY:

By:    /s/ Drew L. Johnson
        Drew L. Johnson, OSB #75200
        Of Attorneys for Plaintiff

1 - ORDER