Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MICHAEL B. GIBBONS,**

    Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security
Administration,

    Defendant.

Civil No. 05-6285-HO

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

  After considering Plaintiff's Motion for Approval, and counsel for Defendant having no objection, Order is hereby granted in the sum of $19,162.25, less $5300.00 already paid, for a balance remaining of $13,862.25 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Commissioner shall deduct from $13,862.25 an administrative assessment under 42 USC 406(d) and pay Plaintiff's counsel the balance. Counsel shall refund to Plaintiff the EAJA fee of $4757.41 awarded herein. There are no other costs.

  IT IS SO ORDERED this day of February __13__, 2008

                /s/ Michael R. Hogan
                U.S. District Judge

1 - ORDER

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff

2 - ORDER